**(STAY / JS6 Admin)**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CHARLES GONZALES, individually, and on behalf of all others similarly situated;<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LENNOX INDUSTRIES INC., a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 5:24-cv-00982-SSS-SHKx<br><br>**ORDER GRANTING STIPULATION TO STAY CASE AND VACATE ALL DEADLINES AND HEARINGS PENDING SETTLEMENT APPROVAL** |

The Court, having reviewed the Notice of Settlement and Joint Stipulation to Stay Case and Vacate All Deadlines and Hearings Pending Settlement Approval, orders as follows:

1. The case is stayed until either (1) Plaintiff Andrew Charles Gonzales ("Plaintiff") files a request for dismissal after the tentative settlement has been finally approved or (2) the Parties request this Court to lift the stay;
2. Any and all pending dates are vacated until further Court Order; and
3. The Clerk is DIRECTED to close the case administratively.

**IT IS SO ORDERED.**

DATE: January 6, 2025

HON. SUNSHINE S. SYKES
U.S. DISTRICT JUDGE